# EXHIBIT 2

# EXHIBIT 2

简体中文　　English　　Français　　Русский　　Español　　العربية　　Portuguese

# ICANN WHOIS

---

www.pinconn.com　　　　　　　| Lookup |

*Showing results for:* pinconn.com

Original Query: www.pinconn.com

# Contact Information

### Registrant Contact
Name: Jason Lee
Organization: Dongguan Fenggang Pemco Hardware Factory
Mailing Address: 4th Floor, D Tower, Heli Centre, Bihu Industrial Park, Tangli, Fenggang Town, Dongguan City, Dongguan Guangdong 523688 CN
Phone: +86.76982071099
Ext:
Fax: +86.76982071099
Fax Ext:

Email:     pemco@163.com

### Admin Contact
Name: Jason Lee
Organization: Dongguan Fenggang Pemco Hardware Factory
Mailing Address: 4th Floor, D Tower, Heli Centre, Bihu Industrial Park, Tangli, Fenggang Town, Dongguan City, Dongguan Guangdong 523688 CN
Phone: +86.76982071099
Ext:
Fax: +86.76982071099
Fax Ext:

Email:     pemco@163.com

### Tech Contact
Name: Jason Lee
Organization: Dongguan Fenggang Pemco Hardware Factory
Mailing Address: 4th Floor, D Tower, Heli Centre, Bihu Industrial Park, Tangli, Fenggang Town, Dongguan City, Dongguan Guangdong 523688 CN
Phone: +86.76982071099
Ext:
Fax: +86.76982071099
Fax Ext:

Email:     pemco@163.com

### Registrar
WHOIS Server: grs-whois.hichina.com
URL: http://whois.aliyun.com

### Status
Domain Status:ok
https://icann.org/epp#ok

Registrar: HiChina Zhicheng Technology Ltd.
IANA ID: 420

Abuse Contact Email: DomainAbuse@service.aliyun.com
Abuse Contact Phone: +86.95187

## Important Dates

Updated Date: 2017-03-23
Created Date: 2016-03-23

## Name Servers

DNS10.HICHINA.COM
DNS9.HICHINA.COM

## Raw WHOIS Record

```
Domain Name: pinconn.com
Registry Domain ID: 2015185732_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://whois.aliyun.com
Updated Date: 2017-03-23T17:09:37Z
Creation Date: 2016-03-23T22:02:29Z
Registrar Registration Expiration Date:
Registrar: HiChina Zhicheng Technology Ltd.
Registrar IANA ID: 420
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name:   Jason Lee
Registrant Organization: Dongguan Fenggang Pemco Hardware Factory
Registrant Street: 4th Floor, D Tower, Heli Centre, Bihu Industrial Park, Tangli, Fenggang Town, Dongguan City
Registrant City: Dongguan
Registrant State/Province: Guangdong
Registrant Postal Code: 523688
Registrant Country: CN
Registrant Phone: +86.76982071099
Registrant Phone Ext:
Registrant Fax: +86.76982071099
Registrant Fax Ext:
Registrant Email: pemco@163.com
Registry Admin ID: Not Available From Registry
```

```
Admin Name:   Jason Lee
Admin Organization: Dongguan Fenggang Pemco Hardware
Factory
Admin Street: 4th Floor, D Tower, Heli Centre, Bihu
Industrial Park, Tangli, Fenggang Town, Dongguan City
Admin City: Dongguan
Admin State/Province: Guangdong
Admin Postal Code: 523688
Admin Country: CN
Admin Phone: +86.76982071099
Admin Phone Ext:
Admin Fax: +86.76982071099
Admin Fax Ext:
Admin Email: pemco@163.com
Registry Tech ID: Not Available From Registry
Tech Name:   Jason Lee
Tech Organization: Dongguan Fenggang Pemco Hardware Factory
Tech Street: 4th Floor, D Tower, Heli Centre, Bihu
Industrial Park, Tangli, Fenggang Town, Dongguan City
Tech City: Dongguan
Tech State/Province: Guangdong
Tech Postal Code: 523688
Tech Country: CN
Tech Phone: +86.76982071099
Tech Phone Ext:
Tech Fax: +86.76982071099
Tech Fax Ext:
Tech Email: pemco@163.com
Name Server: DNS10.HICHINA.COM
Name Server: DNS9.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email:
DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>>Last update of WHOIS database: 2017-10-14T21:37:01Z <<<

For more information on Whois status codes, please visit
https://icann.org/epp


Registry Billing ID: Not Available From Registry
Billing Name:   Jason Lee
Billing Organization: Dongguan Fenggang Pemco Hardware
Factory
Billing Street: 4th Floor, D Tower, Heli Centre, Bihu
Industrial Park, Tangli, Fenggang Town, Dongguan City
Billing City: Dongguan
Billing State/Province: Guangdong
```

```
Billing Postal Code: 523688
Billing Country: CN
Billing Phone: +86.76982071099
Billing Phone Ext:
Billing Fax: +86.76982071099
Billing Fax Ext:
Billing Email: pemco@163.com

Important Reminder: Per ICANN 2013RAA`s request, Hichina
has modified domain names`whois format of dot
com/net/cc/tv, you could refer to section 1.4 posted by
ICANN on
http://www.icann.org/en/resources/registrars/raa/approved-
with-specs-27jun13-en.htm#whois The data in this whois
database is provided to you for information purposes only,
that is, to assist you in obtaining information about or
related to a domain name registration record. We make this
information available "as is," and do not guarantee its
accuracy. By submitting a whois query, you agree that you
will use this data only for lawful purposes and that, under
no circumstances will you use this data to: (1)enable high
volume, automated, electronic processes that stress or load
this whois database system providing you this information;
or (2) allow, enable, or otherwise support the transmission
of mass unsolicited, commercial advertising or
solicitations via direct mail, electronic mail, or by
telephone.  The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without
prior written consent from us. We reserve the right to
modify these terms at any time. By submitting this query,
you agree to abide by these terms.For complete domain
details go
to:http://whois.aliyun.com/whois/domain/hichina.com
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.
ICANN does not generate, collect, retain or store the results shown other than for the transitory
duration necessary to show these results in response to real-time queries.*  These results are

shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

\* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2017 Internet Corporation for Assigned Names and Numbers       Privacy Policy