# EXHIBIT 3

# EXHIBIT 3

# United States Patent Office
732,947
Registered June 19, 1962

## PRINCIPAL REGISTER
Trademark

Ser. No. 125,763, filed Aug. 10, 1961

# PEM

Penn Engineering and Manufacturing Corp. (Pennsylvania corporation)
Doylestown, Pa.

For: DRILL BUSHINGS AND SELF-CLINCHING NUTS, FASTENERS, STUDS AND STAND-OFFS, in CLASS 13.

First use 1953; in commerce 1953.

## Certificate of Correction

Registration No. 732,947                    Registered June 19, 1962

Penn Engineering and Manufacturing Corp.

It is hereby certified that the above-numbered registration is in error and a showing has been made that such error occurred in good faith through the fault of the applicant, said error requiring correction as follows:

In the statement, column 1, lines 1 and 5, "Pennsylvania" should be deleted and Delaware should be inserted.

The said registration should be read as though corrected as specified.

Signed and sealed this 28th day of August 1962.

[SEAL]

HORACE B. FAY, Jr.,
Assistant Commissioner of Patents.

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,177,822
Registered Nov. 17, 1981

### TRADEMARK
#### Principal Register

## · PEM

Penn Engineering & Manufacturing Corp. (Delaware corporation)
Danboro, Pa. 18916

For: BROACHING-TYPE CAPTIVE FASTEN-ERS—NAMELY, BROACHING-TYPE CAPTIVE FASTENERS WITH INTERNAL THREADS, BROACHING-TYPE CAPTIVE STANDOFFS WITH AND WITHOUT INTERNAL THREADS, BROACHING-TYPE CAPTIVE SOLDER TER-MINALS, BROACHING-TYPE CAPTIVE STUDS, BROACHING-TYPE CAPTIVE PANEL FASTENERS AND METALLIC INSERTS, in CLASS 6 (U.S. Cl. 13).

First use 1949; in commerce 1949.

Ser. No. 284,774, filed Oct. 31, 1980.

B. C. WASHINGTON, Primary Examiner

Int. Cl.: 6

Prior U.S. Cl.: 13

**United States Patent and Trademark Office**   Reg. No. 1,403,759
Registered Aug. 5, 1986

**TRADEMARK**
**PRINCIPAL REGISTER**

E

PEM

PENN ENGINEERING & MANUFACTURING
CORP. (DELAWARE CORPORATION)
DANBORO, PA 18916

FOR: METAL FASTENERS, IN CLASS 6 (U.S.
CL. 13).
FIRST USE 11-15-1985; IN COMMERCE
11-15-1985.

OWNER OF U.S. REG. NOS. 732,947, 1,365,248
AND OTHERS.
THE MARK CONSISTS OF THE LETTERS
"PEM".

SER. NO. 574,433, FILED 12-20-1985.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,758,505

### United States Patent and Trademark Office

Registered Sep. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PEM

PEM MANAGEMENT, INC. (DELAWARE COR-
PORATION)
300 DELAWARE AVENUE, SUITE 1225
WILMINGTON, DE 19801

FOR: PANEL FASTENERS, NAMELY SELF-CLIN-
CHING, SNAP-IN, FLOATING, AND HYBRID PA-
NEL FASTENERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14,
23, 25 AND 50).

FIRST USE 1-31-2002; IN COMMERCE 1-31-2002.

OWNER OF U.S. REG. NOS. 732,947, 2,511,142 AND
OTHERS.

SER. NO. 76-442,887, FILED 8-22-2002.

EDWARD NELSON, EXAMINING ATTORNEY

# United States Patent Office

**889,244**
Registered Apr. 14, 1970

## PRINCIPAL REGISTER
### Trademark

Ser. No. 331,935, filed July 7, 1969



Penn Engineering & Manufacturing Corp. (Delaware corporation)
Doylestown, Pa.   18901

For: SELF-CLINCHING FASTENERS, SELF-LO-CATING WELD FASTENERS, AND SELF-CLINCH-ING DRILL BUSHINGS, in CLASS 13 (INT. CL. 6).
First use in or about October 1960; in commerce in or about October 1960.
Owner of Reg. Nos. 732,947, 781,236, and 857,863.

Int. Cl.: 7

Prior U.S. Cl.: 23

Reg. No. 1,043,967

## United States Patent Office

Registered July 20, 1976

### TRADEMARK
Principal Register



Penn Engineering & Manufacturing Corp. (Delaware corporation)
Danboro (Doylestown), Pa.

For: PRESSES FOR INSTALLING FASTENERS OR THE LIKE AND ALSO FOR PARTS OF SAID PRESSES, in CLASS 7 (U.S. CL. 23).

First use May 12, 1967; in commerce May 12, 1967.

Owner of Reg. Nos. 857,863 and 889,244.

Ser. No. 65,985, filed Oct. 15, 1975.

CHARLES R. FOWLER, Supervisory Examiner

M. B. SILEN, Examiner

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,092,108
Registered May 30, 1978

## TRADEMARK
Principal Register



Penn Engineering & Manufacturing Corp. (Delaware corporation)
Doylestown, Pa.   18901

For: PANEL FASTENER ASSEMBLIES AND SPRING LOADED PLUNGER ASSEMBLIES, in CLASS 6 (U.S. CL. 13).
First use Apr. 4, 1969; in commerce Apr. 4, 1969.
Owner of Reg. Nos. 732,947, 1,043,967 and others.

Ser. No. 115,923, filed Feb. 15, 1977.

M. E. BODSON, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 1,113,034
Registered Feb. 13, 1979

## TRADEMARK
### Principal Register



Penn Engineering & Manufacturing Corp. (Delaware corporation)
Danboro (Doylestown), Pa.   18901

For: ELECTRICAL TERMINALS AND ELECTRICAL GROUNDING STAND-OFFS, in CLASS 9 (U.S. CL. 21).

First use Apr. 19, 1963; in commerce Apr. 19, 1963.
Owner of Reg. Nos. 857,863, 889,244, and others.

Ser. No. 115,922, filed Feb. 15, 1977.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,331,371**
**Registered May 7, 2013**

PEM MANAGEMENT, INC. (DELAWARE CORPORATION)
103 FOULK ROAD, SUITE 108
WILMINGTON, DE 19803

**Int. Cls.: 6, 7 and 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: FASTENERS MADE OF METAL, NAMELY, NUTS, WELD NUTS, STUDS, PINS, STANDOFFS, RIVETS AND INSERTS, CABLE-TIE MOUNTS AND HOOKS FOR SHEET METAL; SELF-CLINCHING PANEL FASTENERS MADE OF METAL OR MOSTLY OF METAL; PANEL FASTENERS AND PANEL FASTENER ASSEMBLIES MADE OF METAL OR MOSTLY OF METAL; SHEET-METAL FASTENERS MADE OF METAL; FASTENERS MADE OF METAL OR MOSTLY OF METAL FOR MOUNTING INTO PRINTED CIRCUIT BOARDS; MICRO FASTENERS MADE OF METAL OR MOSTLY OF METAL FOR USE IN THE CONSUMER ELECTRONICS INDUSTRY, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-1-1960; IN COMMERCE 10-1-1960.

FOR: POWER-OPERATED PRESSES FOR INSTALLING FASTENERS AND PARTS FOR SAID PRESSES; POWER-OPERATED HAND PRESSES FOR INSTALLING FASTENERS AND PARTS FOR SAID HAND PRESSES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 5-12-1967; IN COMMERCE 5-12-1967.

FOR: ELECTRICAL TERMINALS AND ELECTRICAL GROUNDING STAND-OFFS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-19-1963; IN COMMERCE 4-19-1963.

OWNER OF U.S. REG. NOS. 889,244, 1,092,108 AND OTHERS.

THE MARK CONSISTS OF A TRIANGLE INVERTED (POINT DOWN) SUCH THAT THE TOP SIDE UNDERLINES THE LETTERS "PEM" DISPLAYED ABOVE AND ADJACENT TO SAID TRIANGLE.

SER. NO. 85-711,828, FILED 8-24-2012.

DAWN FELDMAN, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*

Int. Cl. / :

# United States Patent Office

937,397
Registered July 11, 1972

## PRINCIPAL REGISTER
Trademark

Ser. No. 402,929, filed Sept. 16, 1971

### PEMFLEX

Penn Engineering & Manufacturing Corporation (Delaware corporation)
Danboro, Pa.

For: FASTENERS, i.e., NUTS, in CLASS 13 (INT. CL. 16).
First use Sept. 8, 1971; in commerce Sept. 8, 1971.
Owner of Reg. Nos. 732,947, 889,244 and others.

### Certificate of Correction

Registered July 11, 1972

Registration No. 937,397

Penn Engineering & Manufacturing Corp.

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, line 1, "Corporation" should be deleted and *Corp.* should be inserted. In the statement, column 2, lines 1 and 2, "(Int. Cl. 16)" should be deleted and (*Int. Cl. 6*) should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 1st day of June 1976.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

C. MARSHALL DANN,
*Commissioner.*

# United States Patent Office

**781,236**
Registered Dec. 8, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 188,140, filed Mar. 6, 1964

## PEMHEX

Penn Engineering and Manufacturing Corporation (Delaware corporation)
Doylestown, Pa.

For: FASTENERS, in CLASS 13.
First use Feb. 25, 1964; in commerce Feb. 25, 1964.
Owner of Reg. No. 732,947.

# United States Patent Office

**883,650**
Registered Jan. 6, 1970

## PRINCIPAL REGISTER
### Trademark

Ser. No. 316,463, filed Jan. 14, 1969

## PEMSERT

Penn Engineering & Manufacturing Corp. (Delaware corporation)
Doylestown, Pa.   18901

For: INSERTS, in CLASS 13 (INT. CL. 6).
First use on or about Jan. 7, 1969; in commerce on or about Jan. 7, 1969.
Owner of Reg. Nos. 732,947, 781,236, and 857,863.

Int. Cl.: 7

Prior U.S. Cl.: 23

Reg. No. 1,365,248

## United States Patent and Trademark Office
Registered Oct. 15, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## PEMSERTER

PENN ENGINEERING & MANUFACTURING
CORP. (DELAWARE CORPORATION)
DANBORO, PA 18916

FOR: POWER-OPERATED PRESSES FOR IN-
STALLING FASTENERS, IN CLASS 7 (U.S. CL.
23).
FIRST USE 7-31-1984; IN COMMERCE
7-31-1984.

OWNER OF U.S. REG. NOS. 732,947, 1,113,034
AND OTHERS.

SER. NO. 534,602, FILED 4-29-1985.

STEPHEN J. KELLER, EXAMINING ATTOR-
NEY

Int. Cl.: 7

Prior U.S. Cl.: 23

## United States Patent and Trademark Office

Reg. No. 1,433,571
Registered Mar. 24, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## PEMSERTER MICRO-MATE

PENN ENGINEERING & MANUFACTURING
   CORP. (DELAWARE CORPORATION)
DANBORO, PA 18916

FOR: NON-POWERED HAND PRESSES FOR
PUNCHING HOLES AND INSTALLING FAS-
TENERS FOR USE IN SHEET METAL INDUS-
TRIES, IN CLASS 7 (U.S. CL. 23).

FIRST USE 7-31-1984; IN COMMERCE
7-31-1984.

   OWNER OF U.S. REG. NOS. 1,345,664, 1,365,248
AND OTHERS.

SER. NO. 605,598, FILED 6-23-1986.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

Reg. No. 3,567,528

**United States Patent and Trademark Office** Registered Jan. 27, 2009

TRADEMARK
PRINCIPAL REGISTER



PEM MANAGEMENT, INC. (PENNSYLVANIA CORPORATION)

103 FOULK ROAD, SUITE 108

WILMINGTON, DE 19803

FOR: POWER-OPERATED PRESSES FOR IN-STALLING FASTENERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-1-2007; IN COMMERCE 9-1-2007.

OWNER OF U.S. REG. NOS. 1,365,248, 2,335,866 AND OTHERS.

THE MARK CONSISTS OF THE WORD "PEM-SERTER" WITH AN INVERTED TRIANGLE UN-DERNEATH IT.

SER. NO. 77-505,432, FILED 6-23-2008.

ANDREA K. NADELMAN, EXAMINING ATTOR-NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 3,270,807
Registered July 31, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

P E M

d S

PEM MANAGEMENT, INC. (DELAWARE COR-
    PORATION)
103 FOULK ROAD
SUITE 108
WILMINGTON, DE 19803

FOR: METAL FASTENERS, IN CLASS 6 (U.S. CLS.
2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

OWNER OF U.S. REG. NOS. 732,947, 1,403,759 AND
OTHERS.

SER. NO. 76-665,892, FILED 9-12-2006.

DARRYL SPRUILL, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,444,862
Registered June 30, 1987

## TRADEMARK
## PRINCIPAL REGISTER

## PEM 300

PENN ENGINEERING & MANUFACTURING CORP. (DELAWARE CORPORATION) DANBORO, PA 18916

FOR: SHEET METAL FASTENERS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 8-29-1986; IN COMMERCE 8-29-1986.

OWNER OF U.S. REG. NOS. 130,189, 1,403,759 AND OTHERS.

SER. NO. 621,080, FILED 9-22-1986.

C. A. SIDOTI, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# AUTOPEM

**Reg. No. 4,296,186**

**Registered Feb. 26, 2013**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

PEM MANAGEMENT, INC. (DELAWARE CORPORATION)
103 FOULK ROAD, SUITE 108
WILMINGTON, DE 19803

FOR: METAL FASTENERS, NAMELY, NUTS, BOLTS, SCREWS, RIVETS, STANDOFFS, CLINCHING FASTENERS; METAL THREADED FASTENERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-1-2012; IN COMMERCE 9-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 732,947, 1,177,822, AND OTHERS.

SN 85-353,802, FILED 6-23-2011.

GEORGE LORENZO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MICROPEM

**Reg. No. 4,250,883**

**Registered Nov. 27, 2012**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

PEM MANAGEMENT, INC. (DELAWARE CORPORATION)
103 FOULK ROAD, SUITE 108
WILMINGTON, DE 19803

FOR: METAL FASTENERS, NAMELY, NUTS, BOLTS, SCREWS, RIVETS, STANDOFFS, CLINCHING FASTENERS; METAL THREADED FASTENERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 5-1-2011; IN COMMERCE 5-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 732,947, 1,177,822, AND OTHERS.

SN 85-353,812, FILED 6-23-2011.

GEORGE LORENZO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# AEROPEM

**Reg. No. 4,298,838**
**Registered Mar. 5, 2013**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

PEM MANAGEMENT, INC. (DELAWARE CORPORATION)
103 FOULK ROAD, SUITE 108
WILMINGTON, DE 19803

FOR: METAL FASTENERS, NAMELY, NUTS, BOLTS, SCREWS, RIVETS, STANDOFFS, CLINCHING FASTENERS; METAL THREADED FASTENERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-1-2012; IN COMMERCE 9-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 732,947, 1,177,822, AND OTHERS.

SN 85-353,817, FILED 6-23-2011.

GEORGE LORENZO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,037,181**

**Registered Oct. 11, 2011**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

PEM MANAGEMENT, INC. (DELAWARE CORPORATION)
103 FOULK ROAD, SUITE 108
WILMINGTON, DE 19803

FOR: METAL THREADED FASTENERS, NAMELY, PANEL FASTENERS WITH HEADS OF METAL AND PANEL FASTENERS WITH HEADS OF METAL AND PLASTIC , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

THE MARK CONSISTS OF THE FLARED SHOULDER ON THE RETAINER OF A PANEL FASTENER AS SHOWN IN SOLID LINES. MATERIAL SHOWN IN DOTTED LINES IS NOT CLAIMED BUT SHOWS PLACEMENT OF THE MARK ON THE GOODS. THE SOLID LINES SHOWN IN GRAY EXTENDING VERTICALLY ALONG THE EDGE OF THE RETAINER ARE SHADING LINES TO SHOW THE CONTOUR OF THE SHOULDER FLARE AS CLAIMED.

SEC. 2(F).

SER. NO. 85-066,645, FILED 6-18-2010.

SKYE YOUNG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,293,597**

**Registered Feb. 19, 2013**

**Int. Cl.: 6**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

PEM MANAGEMENT, INC. (DELAWARE CORPORATION)
103 FOULK ROAD, SUITE 108
WILMINGTON, DE 19803

FOR: METAL FASTENERS, NAMELY, CLINCH FASTENER FOR MOUNTING TWO SHEETS OR PANELS IN PERPENDICULAR ORIENTATION, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A CLINCH FASTENER WHOSE VERTICAL CROSS-SECTION RESEMBLES A CIRCLE ON A PEDESTAL. THE DESIGN EXTENDS UPWARD FROM A RECTANGULAR-SHAPED BASE TO A TOP WITH A CIRCULAR CROSS-SECTION CONNECTED TO THE RECTANGULAR BASE BY A NECK PORTION WITH A NARROWER HORIZONTAL DIMENSION THAN BOTH THE RECTANGULAR BASE AND THE DIAMETER OF THE TOP PORTION. THE MATTER SHOWN IN BROKEN LINES, NAMELY THE HOLE IN THE CENTER OF THE TOP PORTION AND THE CLINCH FEATURE BELOW THE RECTANGULAR BASE, IS NOT PART OF THE MARK AND SERVES ONLY TO SHOW PLACEMENT OF THE MARK ON THE GOODS AS A WHOLE. STIPPLING IS FOR SHADING PURPOSES ONLY.

SER. NO. 85-516.152, FILED P.R. 1-13-2012; AM. S.R. 10-19-2012.

JAMES STEIN, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,418,142
Registered Nov. 25, 1986

### TRADEMARK
### PRINCIPAL REGISTER

## SNAP-TOP

PENN ENGINEERING & MANUFACTURING
CORP. (DELAWARE CORPORATION)
DANBORO, PA 18916

FOR: METAL FASTENERS USED TO SEPA-
RATE AND HOLD PRINTED CIRCUIT
BOARDS, IN CLASS 6 (U.S. CL. 13).

FIRST USE 11-15-1985; IN COMMERCE
11-15-1985.

SER. NO. 574,383, FILED 12-20-1985.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent Office

Reg. No. 1,089,546
Registered Apr. 18, 1978

## TRADEMARK
### Principal Register



Penn Engineering & Manufacturing Corp. (Delaware cor-
poration)
Danboro, Pa.

For: SELF-CLINCHING STUDS AND SELF-
CLINCHING PINS, in CLASS 6 (U.S. CL. 13).
First use 1970; in commerce 1970.

Ser. No. 69,356, filed Nov. 17, 1975.

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 3,404,061
Registered Apr. 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER



PEM MANAGEMENT, INC. (DELAWARE COR-
PORATION)
300 DELAWARE AVENUE
SUITE 900, 9TH FLOOR
WILMINGTON, DE 19801

FOR: METAL FLOATING FASTENERS, IN CLASS
6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-1-1962; IN COMMERCE 4-1-1962.

OWNER OF U.S. REG. NO. 1,400,893.

THE MARK AS SHOWN ON THE DRAWING
CONSISTS OF A SQUARE NUT INDENTATION
SECTION WITHIN A SUBSTANTIALLY SQUARE
HOUSING APERTURE, SIDEWALLS OF THE
HOUSING APERTURE HAVING ARCUATE IN-
DENTATIONS EXTENDING RADIALLY FROM
SAID SQUARE INDENTATION AND BEING ARCS
OF THE SAME CIRCLE, WITH THE LOCATION OF
THE SQUARE INDENTATION SECTION ON THE
FASTENER INDICATED BY SHOWING THE FAS-
TENER IN DOTTED LINES. THE PORTION OF THE
DRAWING DEPICTED IN DOTTED LINES IS NOT
PART OF THE MARK BUT IS ONLY TO SHOW ITS
LOCATION ON THE FASTENER.

SEC. 2(F).

SER. NO. 76-678,765, FILED 6-27-2007.

MIDGE BUTLER, EXAMINING ATTORNEY