# EXHIBIT 5

# EXHIBIT 5

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



| Hotline: **400-6688-593** | 中文版 | English |

| Please enter the keywords | Search |

Home    Factory    Quality    Product    News    Support    Service    Recruitment    Contact us

Navigation: Home > Product Show > Turning Parts > Nuts > Clinch Round

压铆螺母 SELF-CLINCHING NUTS






| PK-S | M3 | 1 | ZU |
| 型号 TYPE | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | 镀层代号 FINISH CODE |

安装方法 INSTALLATION



压前 BEFORE PRESS    压后 AFTER PRESS



ALL DIMENSIONS ARE IN MILLIMETERS(均以MM为单位)

| 螺纹尺寸×螺距 THREAD SIZE ×PITCH | 型号 TYPE | | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | A最大 A MAX | 最小板厚 MIN SHEET THICKNESS | 板安装孔径 HOLE SIZE IN SHEET +.080 -.000 | C MAX | E ±0.25 | T ±0.25 | 孔芯到板边沿最小距离 MIN DIST HOLE C/L TO EDGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 碳钢 CARBON STEEL | 不锈钢 STAINLESS STEEL | | | | | | | | | |
| M2×0.4 | PK-S | PK-CLS | M2 | 0 | 0.77 | 0.8-1 | 4.25 | 4.22 | 6.30 | 1.5 | 4.8 |
| | | | | 1 | 0.97 | 1 | | | | | |
| | | | | 2 | 1.38 | 1.4 | | | | | |
| M2.5×0.45 | PK-S | PK-CLS | M2.5 | 0 | 0.77 | 0.8-1 | 4.25 | 4.22 | 6.30 | 1.5 | 4.8 |
| | | | | 1 | 0.97 | 1 | | | | | |
| | | | | 2 | 1.38 | 1.4 | | | | | |
| M3×0.5 | PK-S | PK-CLS | M3 | 0 | 0.77 | 0.8-1 | 4.25 | 4.22 | 6.35 | 1.5 | 4.8 |
| | | | | 1 | 0.97 | 1 | | | | | |
| | | | | 2 | 1.38 | 1.4 | | | | | |
| M3.5×0.6 | PK-S | PK-CLS | M3.5 | 0 | 0.77 | 0.8-1 | 4.75 | 4.73 | 7.1 | 1.5 | 5.6 |
| | | | | 1 | 0.97 | 1 | | | | | |
| | | | | 2 | 1.38 | 1.4 | | | | | |
| M4×0.7 | PK-S | PK-CLS | M4 | 0 | 0.77 | 0.8-1 | 5.4 | 5.38 | 7.9 | 2 | 6.9 |
| | | | | 1 | 0.97 | 1 | | | | | |
| | | | | 2 | 1.38 | 1.4 | | | | | |
| M5×0.8 | PK-S | PK-CLS | M5 | 0 | 0.77 | 0.8-1 | 6.4 | 6.38 | 8.7 | 2 | 7.1 |
| | | | | 1 | 0.97 | 1 | | | | | |
| | | | | 2 | 1.38 | 1.4 | | | | | |
| M6×1 | PK-S | PK-CLS | M6 | 0 | 0.89 | 0.92 | 8.75 | 8.72 | 11.05 | 4.08 | 8.6 |
| | | | | 0 | 1.15 | 1.2 | | | | | |
| | | | | 1 | 1.38 | 1.4 | | | | | |
| | | | | 2 | 2.21 | 2.3 | | | | | |
| M8×1.25 | PK-S | PK-CLS | M8 | 1 | 1.38 | 1.4 | 10.5 | 10.47 | 12.7 | 5.47 | 9.7 |
| | | | | 2 | 2.21 | 2.3 | | | | | |

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



| M10×1.5 | PK-S | PK-CLS | M10 | 1 | 2.21 | 2.3 | 14 | 13.97 | 17.35 | 7.48 | 13.5 |
| | | | | 2 | 3.05 | 3.18 | | | | | |

## ALL DIMENSIONS ARE IN INCHES(均以英寸为单位)

| 螺纹规格 Thread Size | 型号 Type | | 螺纹码 Thread Code | 尾部码 Shank Code | A 最大 A Max | 最小板厚 Min Sheet Thickness | 板孔尺寸 Hole Size in Sheet ±0.08 | C Max | E ±0.25 | T ±0.25 | 孔中心到板边最小距离 Min Dist Hole C/L to Edge |
| | 钢 Carbon Steel | 不锈钢 Stainless Steel | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| .086-56 #2-56 | PK-S | PK-CLS | 256 | 0 | 0.76 .030 | 0.76 .030 | 4.22 0.166 | 4.19 0.165 | 6.35 0.25 | 1.78 0.07 | 4.8 0.19 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |
| .099-48 #3-48 | PK-S | PK-CLS | 348 | 0 | 0.76 .030 | 0.76 .030 | 4.22 0.166 | 4.19 0.165 | 6.35 0.25 | 1.78 0.07 | 4.8 0.19 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |
| .112-40 #4-40 | PK-S | PK-CLS | 440 | 0 | 0.76 .030 | 0.76 .030 | 4.22 0.166 | 4.19 0.165 | 6.35 0.25 | 1.78 0.07 | 4.8 0.19 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |
| | | | | 3 | 2.21 .087 | 2.31 .091 | | | | | |
| .138-32 #6-32 | PK-S | PK-CLS | 632 | 0 | 0.76 .030 | 0.76 .030 | 4.76 0.1875 | 4.75 0.187 | 7.11 0.28 | 1.78 0.07 | 5.6 0.22 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |
| | | | | 3 | 2.21 .087 | 2.31 .091 | | | | | |
| .164-32 #8-32 | PK-S | PK-CLS | 832 | 0 | 0.76 .030 | 0.76 .030 | 5.41 0.213 | 5.38 0.212 | 7.87 0.31 | 2.28 0.09 | 6.9 0.27 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |
| | | | | 3 | 2.21 .087 | 2.31 .091 | | | | | |
| .190-24 #10-24 | PK-S | PK-CLS | 24 | 0 | 0.76 .030 | 0.76 .030 | 6.35 0.25 | 6.32 0.249 | 8.64 0.34 | 2.28 0.09 | 7.1 0.28 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |
| | | | | 3 | 2.21 .087 | 2.31 .091 | | | | | |
| .190-32 #10-32 | PK-S | PK-CLS | 32 | 0 | 0.76 .030 | 0.76 .030 | 6.35 0.25 | 6.32 0.249 | 8.64 0.34 | 2.28 0.09 | 7.1 0.28 |
| | | | | 1 | 0.97 .038 | 1 .040 | | | | | |
| | | | | 2 | 1.37 .054 | 1.42 .056 | | | | | |

Pinconn Hardware Factory,the professional manufacturer of high precision parts.

| | | | | | .054 | .056 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3 | 2.21 .087 | 2.31 .091 | | | | | |
| .216-24 #12-24 | PK-S | PK-CLS | 1224 | 1 | 0.97 .038 | 0.76 .030 | 7.04 0.277 | 7.01 0.276 | 9.65 0.38 | 3.3 0.13 | 7.9 0.31 |
| | | | | 2 | 1.37 .054 | 1 .040 | | | | | |
| | | | | 3 | 2.21 .087 | 1.42 .056 | | | | | |
| .250-20 1/4-20 | PK-S | PK-CLS | 420 | 0 | 1.14 .045 | 1.19 .047 | 8.74 0.344 | 8.71 0.343 | 11.18 0.44 | 4.32 0.17 | 8.64 0.34 |
| | | | | 1 | 1.37 .054 | 1.42 .056 | | | | | |
| | | | | 2 | 2.21 .087 | 2.31 .091 | | | | | |
| | | | | 3 | 3.05 .120 | 3.18 .125 | | | | | |
| .250-28 1/4-28 | PK-S | PK-CLS | 428 | 1 | 1.37 .054 | 1.42 .056 | 8.74 0.344 | 8.71 0.343 | 11.18 0.44 | 4.32 0.17 | 8.64 0.34 |
| | | | | 2 | 2.21 .087 | 2.31 .091 | | | | | |
| | | | | 3 | 3.05 .120 | 3.18 .125 | | | | | |
| .313-18 5/16-18 | PK-S | PK-CLS | 518 | 1 | 1.37 .054 | 1.42 .056 | 10.5 0.413 | 10.46 0.412 | 12.7 0.5 | 5.84 0.23 | 9.7 0.38 |
| | | | | 2 | 2.21 .087 | 2.31 .091 | | | | | |
| | | | | 3 | 3.05 .120 | 3.18 .125 | | | | | |
| .313-24 5/16-24 | PK-S | PK-CLS | 524 | 1 | 1.37 .054 | 1.42 .056 | 10.5 0.413 | 10.46 0.412 | 12.7 0.5 | 5.84 0.23 | 9.7 0.38 |
| | | | | 2 | 2.21 .087 | 2.31 .091 | | | | | |
| | | | | 3 | 3.05 .120 | 3.18 .125 | | | | | |
| .375-16 3/8-16 | PK-S | PK-CLS | 616 | 1 | 2.21 .087 | 2.31 .091 | 12.7 0.5 | 12.67 0.499 | 14.2 0.56 | 6.86 0.27 | 11.2 0.44 |
| | | | | 2 | 3.05 .120 | 3.18 .125 | | | | | |
| | | | | 3 | 5.97 .235 | 6.35 .250 | | | | | |
| .375-24 3/8-24 | PK-S | PK-CLS | 624 | 1 | 2.21 .087 | 2.31 .091 | 12.7 0.5 | 12.67 0.499 | 14.2 0.56 | 6.86 0.27 | 11.2 0.44 |
| | | | | 2 | 3.05 .120 | 3.18 .125 | | | | | |
| | | | | 3 | 5.97 .235 | 6.35 .250 | | | | | |
| .500-13 1/2-13 | PK-S | PK-CLS | 813 | 1 | 3.05 .120 | 3.18 .125 | 16.66 0.656 | 16.64 0.655 | 20.6 0.81 | 9.1 0.63 | 16 0.63 |
| | | | | 2 | 5.97 .235 | 6.35 .250 | | | | | |
| .500-20 1/2-20 | PK-S | PK-CLS | 820 | 1 | 3.05 .120 | 3.18 .125 | | | | | |
| | | | | 2 | 5.97 .235 | 6.35 .250 | | | | | |

Pinconn Hardware Factory,the professional manufacturer of high precision parts.

尺寸单位：英寸
All dimensions are in millimeters

| 螺纹尺寸<br>Thread Size | 型号Type<br>铝 Aluminum | 螺纹码<br>Thread Code | 尾部码<br>Shank Code | A Max. | 最小板厚<br>Min Sheet Thickness | 板孔尺寸<br>Hole Size in Sheet ±0.08 | C Max. | E ±0.25 | T ±0.25 | 孔中心到板边最小距离<br>Min Dist Hole C/L To Edge |
|---|---|---|---|---|---|---|---|---|---|---|
| M2X0.4 | PK-CLA | M2 | 1 | 0.97 | 1 | 4.25 | 4.22 | 6.3 | 1.5 | 4.8 |
| | | | 2 | 1.37 | 1.4 | | | | | |
| M3X0.5 | PK-CLA | M3 | 1 | 0.97 | 1 | 4.75 | 4.73 | 6.3 | 2 | 5.6 |
| | | | 2 | 1.37 | 1.4 | | | | | |
| M3.5X0.6 | PK-CLA | M3.5 | 1 | 0.97 | 1 | 5.4 | 5.38 | 7.1 | 2 | 6.9 |
| | | | 2 | 1.37 | 1.4 | | | | | |
| M4X0.7 | PK-CLA | M4 | 1 | 0.97 | 1 | 6 | 5.97 | 7.9 | 3 | 7.1 |
| | | | 2 | 1.37 | 1.4 | | | | | |
| M5X0.8 | PK-CLA | M5 | 1 | 0.97 | 1 | 7.5 | 7.47 | 9.5 | 3.8 | 7.9 |
| | | | 2 | 1.37 | 1.4 | | | | | |
| M6X1.0 | PK-CLA | M6 | 1 | 1.37 | 1.4 | 8.75 | 8.72 | 11.05 | 4.08 | 8.6 |
| | | | 2 | 2.21 | 2.3 | | | | | |

尺寸单位：英寸
All dimensions are in inches

| 螺纹尺寸<br>Thread Size | 型号Type<br>铝 Aluminum | 螺纹码<br>Thread Code | 尾部码<br>Shank Code | A Max. | 最小板厚<br>Min Sheet Thickness | 板孔尺寸<br>Hole Size in Sheet ±0.08 | C Max. | E ±0.25 | T ±0.25 | 孔中心到板边最小距离<br>Min Dist Hole C/L To Edge |
|---|---|---|---|---|---|---|---|---|---|---|
| #2-56 | PK-CLA | 256 | 1 | 0.038(0.97) | 0.040(1) | 0.166 (4.22) | 0.165 (4.29) | 0.25 (6.35) | 0.07 (1.78) | 0.19 (4.8) |
| | | | 2 | 0.054(1.37) | 0.056(1.4) | | | | | |
| #4-40 | PK-CLA | 440 | 1 | 0.038(0.97) | 0.040(1) | 0.1875 (4.76) | 0.187 (4.75) | 0.25 (6.35) | 0.09 (2.29) | 0.22 (5.6) |
| | | | 2 | 0.054(1.37) | 0.056(1.4) | | | | | |
| #6-32 | PK-CLA | 632 | 1 | 0.038(0.97) | 0.040(1) | 0.213 (5.41) | 0.212 (5.38) | 0.28 (7.11) | 0.09 (2.29) | 0.27 (6.9) |
| | | | 2 | 0.054(1.37) | 0.056(1.4) | | | | | |
| #8-32 | PK-CLA | 832 | 1 | 0.038(0.97) | 0.040(1) | 0.234 (5.94) | 0.233 (5.92) | 0.31 (7.87) | 0.13 (3.3) | 0.28 (7.1) |
| | | | 2 | 0.054(1.37) | 0.056(1.4) | | | | | |
| #10-24 | PK-CLA | 024 | 1 | 0.038(0.97) | 0.040(1) | 0.296 (7.52) | 0.295 (7.49) | 0.38 (9.65) | 0.16 (4.06) | 0.31 (7.9) |
| | | | 2 | 0.054(1.37) | 0.056(1.4) | | | | | |
| #10-32 | PK-CLA | 032 | 1 | 0.038(0.97) | 0.040(1) | 0.296 (7.52) | 0.295 (7.49) | 0.38 (9.65) | 0.16 (4.06) | 0.31 (7.9) |
| | | | 2 | 0.054(1.37) | 0.056(1.4) | | | | | |
| 1/4-20 | PK-CLA | 0420 | 1 | 0.054(1.37) | 0.056(1.4) | 0.344 (8.74) | 0.343 (8.71) | 0.44 (11.18) | 0.17 (4.32) | 0.34 (8.6) |
| | | | 2 | 0.087(2.21) | 0.091(2.3) | | | | | |
| | | | 3 | 0.120(3.05) | 0.125(3.18) | | | | | |

Pinconn Hardware Factory,the professional manufacturer of high precision parts.    Page 5 of 5

尺寸单位：英寸
All dimensions are in millimeters

| 螺纹尺寸 Thread Size | 型号 Type 不锈铁 S.Steel | 螺纹码 Thread Code | 尾部码 Shank Code | A  Max. | 最小板厚 Min Sheet Thickness | 板孔尺寸Hole Size in Sheet ± 0.08 | C Max. | E ±0.25 | T ±0.25 | 孔中心到板边最小距离 Min Dist Hole C/L To Edge |
|---|---|---|---|---|---|---|---|---|---|---|
| M3X0.5 | PK-SP | M3 | 0 | 0.76 | 0.8-1 | 4.25 | 4.22 | 6.3 | 1.5 | 4.8 |
| | | | 1 | 0.97 | 1.01-1.39 | | | | | |
| | | | 2 | 1.37 | 1.4min | | | | | |
| M4X0.7 | PK-SP | M4 | 0 | 0.76 | 0.8-1 | 5.4 | 5.38 | 7.9 | 2 | 6.9 |
| | | | 1 | 0.97 | 1.01-1.39 | | | | | |
| | | | 2 | 1.37 | 1.4min | | | | | |
| M5X0.8 | PK-SP | M5 | 0 | 0.76 | 0.8-1 | 6.4 | 6.38 | 8.7 | 2 | 7.1 |
| | | | 1 | 0.97 | 1.01-1.39 | | | | | |
| | | | 2 | 1.37 | 1.4min | | | | | |
| M6X1.0 | PK-SP | M6 | 1 | 1.37 | 1.4min | 8.75 | 8.72 | 11.1 | 4.1 | 8.6 |

尺寸单位：英寸
All dimensions are in inches

| 螺纹尺寸 Thread Size | 型号 Type 不锈铁 S.Steel | 螺纹码 Thread Code | 尾部码 Shank Code | A  Max. | 最小板厚 Min Sheet Thickness | 板孔尺寸Hole Size in Sheet ± 0.08 | C Max. | E ±0.25 | T ±0.25 | 孔中心到板边最小距离 Min Dist Hole C/L To Edge |
|---|---|---|---|---|---|---|---|---|---|---|
| #4-40 | PK-SP | 440 | 0 | 0.030(0.76) | 0.030-0.039(0.8-1) | 0.166 (4.22) | 0.165 (4.19) | 0.25 (6.35) | 0.07 (1.78) | 0.19 (4.8) |
| | | | 1 | 0.038(0.97) | 0.040-0.055(1.01-1.39) | | | | | |
| | | | 2 | 0.054(1.37) | 0.056mim(1.4min) | | | | | |
| #6-32 | PK-SP | 632 | 0 | 0.030(0.76) | 0.030-0.039(0.8-1) | 0.1875 (4.76) | 0.187 (4.75) | 0.28 (7.11) | 0.07 (1.78) | 0.22 (5.6) |
| | | | 1 | 0.038(0.97) | 0.040-0.055(1.01-1.39) | | | | | |
| | | | 2 | 0.054(1.37) | 0.056mim(1.4min) | | | | | |
| #8-32 | PK-SP | 832 | 0 | 0.030(0.76) | 0.030-0.039(0.8-1) | 0.213 (5.41) | 0.212 (5.38) | 0.31 (7.87) | 0.09 (2.28) | 0.27 (6.9) |
| | | | 1 | 0.038(0.97) | 0.040-0.055(1.01-1.39) | | | | | |
| | | | 2 | 0.054(1.37) | 0.056mim(1.4min) | | | | | |
| #10-32 | PK-SP | 032 | 0 | 0.030(0.76) | 0.030-0.039(0.8-1) | 0.250 (6.35) | 0.249 (6.32) | 0.34 (8.64) | 0.09 (2.28) | 0.28 (7.1) |
| | | | 1 | 0.038(0.97) | 0.040-0.055(1.01-1.39) | | | | | |
| | | | 2 | 0.054(1.37) | 0.056mim(1.4min) | | | | | |
| 1/4-20 | PK-SP | 0420 | 1 | 0.054(1.37) | 0.056(1.4) | 0.344 (8.74) | 0.343 (8.71) | 0.44 (11.18) | 0.17 (4.32) | 0.34 (8.6) |

About us    |    Feedback    |    Recruitment    |    Company Culture    |    Quality Manage    |    Contact us

Phone: 400-6688-593 +86-(0)769-81286725 +1-626-715 2278

粤ICP备10230702号-3

Fax: +86-(0)769-87508375      Post: 523688

Address: 2nd Floor, Jinpeng Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved

http://www.pinconn.com/Product/List/A0101/                                                10/12/2017

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



Please enter the keywords | Search

Hotline: **400-6688-593**   中文版   English

Home    Factory    Quality    Product    News    Support    Service    Recruitment    Contact us

Navigation: Home › Product Show › Turning Parts › Nuts › Anchor Rivet Bushes



深圳市品扣紧固系统有限公司
Shenzhen Pemco Fastening Systems Co., Ltd.



ARB Series
(ARB系列)

ARBSO Series
(ARBSO系列)

ARB-M6-008-S-ZI
- 表面处理 Finish
- 材料代码 Material Code
- 板型代码 Shank Code
- 牙型尺寸 Thread Size
- 产品代码 Product Code

ARBSO-440-026-B-20MM-NI
- 表面处理 Finish
- 长度代码 Length Code
- 材料代码 Material Code
- 板型代码 Shank Code
- 牙型尺寸 Thread Size
- 产品代码 Product Code

尺寸单位: 毫米
All dimensions are in MM.

| 牙 型 Thread Size | | A | B | C | D | 板孔径 +0.10 -0.00 |
|---|---|---|---|---|---|---|
| 英制 | 公制 | | | | | |
| 4-40 | M2.5,M3 | 5.8 | 7.9 | 3.2 | 3.3 | 5.9 |
| 6-32 | M3.5 | 6.9 | 9.5 | 3.8 | 3.9 | 6.95 |
| 8-32 | M4 | 6.9 | 11.1 | 3.8 | 3.9 | 6.95 |
| 10-32 | M5 | 8.3 | 12.7 | 4.4 | 4.6 | 8.35 |
| 1/4-20 | M6 | 9.5 | 12.7 | 5.7 | 5.9 | 9.65 |
| 5/16-18 | M8 | 13 | 15.9 | 6.4 | 6.5 | 13.1 |
| 3/8-7/16 | M10 | 15.4 | 19.1 | 7.6 | 7.9 | 15.5 |
| 1/2-13 | M12 | 19.4 | 25.4 | 10.2 | 10.4 | 19.5 |



材料 Material:

环保铁 Mild Steel-S
环保铜 Brass, Bronze-B
不锈钢 Stainless Steel-SS

| Shank Code | 001 | 003 | 004 | 006 | 008 | 010 | 012 | 013 | 014 |
|---|---|---|---|---|---|---|---|---|---|
| Sheet Thickness | 0.5-0.6 | 0.7-0.8 | 0.9-1.0 | 1.1-1.3 | 1.4-1.6 | 1.7-1.9 | 2.0-2.2 | 2.3-2.5 | 2.6-2.8 |

| Shank Code | 016 | 017 | 018 | 019 | 020 | 022 | 023 | 024 | 026 |
|---|---|---|---|---|---|---|---|---|---|
| Sheet Thickness | 2.9-3.1 | 10swg | 3.2-3.4 | 3.5-3.7 | 3.8-4.0 | 4.1-4.3 | 4.4-4.6 | 4.7-4.9 | 5.0-5.6 |

Case 2:17-cv-02679-RCJ-PAL Document 1-5 Filed 10/18/17 Page 8 of 14



ARBSO Length (L) 长度：     3 4 5 6 8 10 12 14 16 18 20 25

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



Hotline: **400-6688-593**    中文版    English

Please enter the keywords    Search

Home    Factory    Quality    Product    News    Support    Service    Recruitment    Contact us

Navigation: Home › Product Show › Turning Parts › Nuts › Clinch Hex



品扣 **Fastening Systems**   六角压铆螺母  HEXGONAL SELF-CLINCHING NUTS

| PK-BOB | M3 | 1 | Z U |
|--------|----|----|----|
| 型号<br>TYPE | 螺纹代号<br>THREAD CODE | 规格代号<br>SHANK CODE | 镀层代号<br>FINISH CODE |

## ALL DIMENSIONS ARE IN MILLIMETERS(均以MM为单位)

| 螺纹尺寸<br>×螺距<br>THREAD SIZE<br>×PITCH | 型号 TYPE |  | 螺纹代号<br>THREAD CODE | 规格代号<br>SHANK CODE | A最大<br>A MAX | 最小板厚<br>MIN SHEET THICKNESS | 板安装孔径<br>HOLE SIZE IN SHEET<br>+.080<br>-.000 | C最大<br>C MAX | E<br>±0.25 | T<br>±0.25 | 孔芯到板边<br>沿最小距离<br>MIN DIST<br>HOLE C/L<br>TO EDGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 碳钢<br>CARBON STEEL | 不锈钢<br>STAINLESS STEEL |  |  |  |  |  |  |  |  |  |
| M3×0.5 | PK-BOB | PK-BOBS | M3 | 0 | 0.8 | 0.8 | 4.5 | 4.45 | 5.5 | 2.0 | 4.8 |
|  |  |  |  | 1 | 1.0 | 1.0 |  |  |  |  |  |
|  |  |  |  | 2 | 1.4 | 1.4 |  |  |  |  |  |
| M4×0.7 | PK-BOB | PK-BOBS | M4 | 0 | 0.8 | 0.8 | 5.5 | 5.45 | 7.0 | 2.2 | 6.9 |
|  |  |  |  | 1 | 1.0 | 1.0 |  |  |  |  |  |
|  |  |  |  | 2 | 1.4 | 1.4 |  |  |  |  |  |
| M5×0.8 | PK-BOB | PK-BOBS | M5 | 0 | 0.8 | 0.8 | 6.5 | 6.45 | 8.0 | 3.0 | 7.1 |
|  |  |  |  | 1 | 1.0 | 1.0 |  |  |  |  |  |
|  |  |  |  | 2 | 1.4 | 1.4 |  |  |  |  |  |
| M6×1.0 | PK-BOB | PK-BOBS | M6 | 1 | 1.0 | 1.0 | 8.0 | 7.95 | 10.0 | 4.0 | 8.6 |
|  |  |  |  | 2 | 1.4 | 1.5 |  |  |  |  |  |

## 安装方法 INSTALLATION







http://www.pinconn.com/Product/List/A0102/        10/12/2017

Case 2:17-cv-02679-RCJ-PAL Document 1-5 Filed 10/18/17 Page 10 of 14

Phone: 100-6688-593 -86-(0)769-81286725 -1-626-715-2278

粤ICP备10230702号-3

Fax: -86-(0)769-87508375       Post: 523688

Address: 2nd Floor, Jinpeng Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved

Pinconn Hardware Factory,the professional manufacturer of high precision parts.          Page 1 of 2

Pinconn

Hotline: **400-6688-593**   中文版   English

| | Please enter the keywords | Search |

Home    Factory    Quality    Product    News    Support    Service    Recruitment    Contact us

Navigation: Home > Product Show > Turning Parts > Nuts > Floating Nuts

 

PEMCO 品扣 Fastening Systems

浮动螺母 FLOATING FASTENERS

| PK-AS | M3 | 2 | ZU |
| 型号 TYPE | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | 镀层代号 FINISH CODE |

### ALL DIMENSIONS ARE IN MILLIMETERS(均以MM为单位)

| 螺纹尺寸× 螺距 THREAD SIZE×PITCH | 非自锁 NON-LOCKING | | 自锁 SELF-LOCKING | | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | A最大 A MAX | 最小板厚 MIN SHEET THICKNESS | 板安装孔径 HOLE SIZE IN SHEET+.080 -.000 | C最大 C MAX | D最大 D MAX | E ±0.4 | T1最大 T1 MAX | T2最大 T2 MAX | 孔芯到板边沿最小距离 MIN DIST HOLE C/L TO EDGE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 钢 STEEL | 不锈钢 STAINLESS STEEL | 钢 STEEL | 不锈钢 STAINLESS STEEL | | | | | | | | | | | |
| M3×0.5 | PK-AS | PK-AC | PK-LAS | PK-LAC | M3 | 1 | 0.97 | 1 | 7.37 | 7.35 | 7.37 | 9.14 | 3.31 | 4.83 | 7.62 |
| | | | | | | 2 | 1.38 | 1.4 | | | | | | | |
| M4×0.7 | PK-AS | PK-AC | PK-LAS | PK-LAC | M4 | 1 | 0.97 | 1 | 9.35 | 9.33 | 9.28 | 11.18 | 3.31 | 5.34 | 8.64 |
| | | | | | | 2 | 1.38 | 1.4 | | | | | | | |
| M5×0.8 | PK-AS | PK-AC | PK-LAS | PK-LAC | M5 | 1 | 0.97 | 1 | 10.31 | 10.29 | 10.29 | 11.94 | 4.32 | 6.86 | 9.14 |
| | | | | | | 2 | 1.38 | 1.4 | | | | | | | |
| M6×1 | PK-AS | PK-AC | PK-LAS | PK-LAC | M6 | 2 | 1.38 | 1.4 | 13.08 | 13.06 | 12.96 | 15.24 | 5.34 | 7.88 | 10.67 |

### ALL DIMENSIONS ARE IN INCHES(均以英寸为单位)

| 螺纹尺寸 THREAD SIZE | 非自锁 NON-LOCKING | | 自锁 SELF-LOCKING | | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | A最大 A MAX | 最小板厚 MIN SHEET THICKNESS | 板安装孔径 HOLE SIZE IN SHEET+.003 -.000 | C最大 C MAX | D最大 D MAX | E± .015 | T1最大 T1 MAX | T2最大 T2 MAX | 孔芯到板边沿最小距离 MIN DIST HOLE C/L TO EDGE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 钢 STEEL | 不锈钢 STAINLESS STEEL | 钢 STEEL | 不锈钢 STAINLESS STEEL | | | | | | | | | | | |
| .112-40 (#4-40) | PK-AS | PK-AC | PK-LAS | PK-LAC | 440 | 1 | .038 | .04 | .290 | .289 | .290 | .36 | .13 | .19 | .30 |
| | | | | | | 2 | .054 | .056 | | | | | | | |
| .138-32 (#6-32) | PK-AS | PK-AC | PK-LAS | PK-LAC | 632 | 1 | .038 | .04 | .328 | .327 | .335 | .39 | .13 | .20 | .32 |
| | | | | | | 2 | .054 | .056 | | | | | | | |
| .164-32 (#8-32) | PK-AS | PK-AC | PK-LAS | PK-LAC | 832 | 1 | .038 | .04 | .368 | .367 | .365 | .44 | .13 | .21 | .34 |
| | | | | | | 2 | .054 | .056 | | | | | | | |
| .190-24 (#10-24) | PK-AS | PK-AC | PK-LAS | PK-LAC | 024 | 1 | .038 | .04 | .406 | .405 | .405 | .47 | .17 | .27 | .36 |
| | | | | | | 2 | .054 | .056 | | | | | | | |
| .190-32 (#10-32) | PK-AS | PK-AC | PK-LAS | PK-LAC | 032 | 1 | .038 | .04 | .406 | .405 | .405 | .47 | .17 | .27 | .36 |
| | | | | | | 2 | .054 | .056 | | | | | | | |
| .250-28 (1/4-20) | PK-AS | PK-AC | PK-LAS | PK-LAC | 0420 | 2 | .054 | .056 | .515 | .514 | .510 | .60 | .21 | .31 | .42 |
| .250-28 (1/4-28) | PK-AS | PK-AC | PK-LAS | PK-LAC | 0428 | 2 | .054 | .056 | .515 | .514 | .510 | .60 | .21 | .31 | .42 |

### 安装方法 INSTALLATION



压机 PUNCH

Min 8mm/.25"

T1 | A

T2 | A

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



About us    Feedback    |    Recruitment    |    Company Culture    Quality Manage    Contact us

铁砧
ANVIL

NON-LOCKING
TYPE AS, AC

SELF-LOCKING
TYPE LAS, LAC

Address: 2nd Floor, Jinpeng Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved

Pinconn Hardware Factory,the professional manufacturer of high precision parts.          Page 1 of 2



| | Please enter the keywords | Search | Hotline: **400-6688-593** | 中文版 English |

Home    Factory    Quality    Product    News    Support    Service    Recruitment    Contact us

Navigation: Home > Product Show > Turning Parts > Nuts > Self-locking Nuts

 品扣 Fastening Systems    自锁螺母 SELF-LOCK FASTENERS

 

| PK-LKS | M4 | 1 |
|---|---|---|
| 型号 TYPE | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE |

### ALL DIMENSIONS ARE IN MILLIMETERS(均以MM为单位)

| 螺纹尺寸 ×螺距 THREAD SIZE ×PITCH | 型号 TYPE | | | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | A最大 A MAX | 最小板厚 MIN SHEET THICKNESS | 板安装孔径 HOLE SIZE IN SHEET +.080 -.000 | C最大 C MAX | D最大 D MAX | E公称 NOM | T ±0.25 | 孔芯到板边沿最小距离 MIN DIST HOLE C/L TO EDGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 碳钢 CARBON STEEL | 不锈钢 STAINLESS STEEL | 铝 ALUMINUM | | | | | | | | | | |
| M2.5×0.45 | PK-LK | PK-LKS | PK-LKA | M2.5 | 1 | 0.97 | 1 | 4.37 | 4.35 | 4.45 | 6.35 | 3.43 | 3.9 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | 1.38 | 1.4 | | | | | | |
| M3×0.5 | PK-LK | PK-LKS | PK-LKA | M3 | 1 | 0.97 | 1 | 4.75 | 4.73 | 4.85 | 6.35 | 3.43 | 4.0 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | 1.38 | 1.4 | | | | | | |
| M4×0.7 | PK-LK | PK-LKS | PK-LKA | M4 | 1 | 0.97 | 1 | 6.76 | 6.73 | 6.2 | 8.73 | 4.45 | 5.2 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | 1.38 | 1.4 | | | | | | |
| M5×0.8 | PK-LK | PK-LKS | PK-LKA | M5 | 1 | 0.97 | 1 | 7.92 | 7.9 | 7.75 | 9.53 | 5.21 | 5.6 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | 1.38 | 1.4 | | | | | | |

### ALL DIMENSIONS ARE IN INCHES(均以英寸为单位)

| 螺纹尺寸 ×螺距 THREAD SIZE ×PITCH | 型号 TYPE | | | 螺纹代号 THREAD CODE | 规格代号 SHANK CODE | A最大 A MAX | 最小板厚 MIN SHEET THICKNESS | 板安装孔径 HOLE SIZE IN SHEET +.003 -.000 | C最大 C MAX | D最大 D MAX | E公称 NOM | T± .010 | 孔芯到板边沿最小距离 MIN DIST HOLE C/L TO EDGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 碳钢 CARBON STEEL | 不锈钢 STAINLESS STEEL | 铝 ALUMINUM | | | | | | | | | | |
| .086-56 (2#-56) | PK-LK | PK-LKS | PK-LKA | 256 | 1 | .038 | .040 | .172 | .171 | .165 | .250 | .135 | .156 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | .054 | .056 | | | | | | |
| .112-40 (#4-40) | PK-LK | PK-LKS | PK-LKA | 440 | 1 | .038 | .040 | .187 | .186 | .185 | .250 | .135 | .156 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | .054 | .056 | | | | | | |
| .138-32 (#6)32 | PK-LK | PK-LKS | PK-LKA | 632 | 1 | .038 | .040 | .219 | .218 | .220 | .312 | .145 | .187 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | .054 | .056 | | | | | | |
| .164-32 (#8-32) | PK-LK | PK-LKS | PK-LKA | 832 | 1 | .038 | .040 | .266 | .265 | .250 | .343 | .175 | .203 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | .054 | .056 | | | | | | |
| .190-32 (#10-32) | PK-LK | PK-LKS | PK-LKA | 032 | 1 | .038 | .040 | .312 | .311 | .300 | .375 | .205 | .218 |
| | PK-LK | PK-LKS | PK-LKA | | 2 | .054 | .056 | | | | | | |

### 安装方法 INSTALLATION



.500″/13mm Dia.Min.

PUNCH 压机

Break Corner .005″0.13mmMax.

.218″/5mm Min.

T

http://www.pinconn.com/Product/List/A0110/                                              10/15/2017

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



+.005"/+0.13mm
-.010"/+0.25mm

About us | Feedback | Recruitment | Company Culture | Quality Manage | Contact us

.500"/13mm
Dia. Min.

E

A

Address: 2nd Floor, Jinpong Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved