# EXHIBIT 6

# EXHIBIT 6

Case 2:17-cv-02679-RCJ-PAL   Document 1-6   Filed 10/18/17   Page 2 of 12    Page 1 of 2

Pinconn Hardware Factory,the professional manufacturer of high precision parts.



About us | Feedback | Recruitment | Company Culture | Quality Manage | Contact us

Phone: 400-6688-593  +86-(0)769-81286725  +1-626-715-2278

粤ICP许10230702号-3

Fax: +86-(0)769-87508375    Post: 523688

Address: 2nd Floor, Jinpeng Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved

Screenshot of the footer of each page of www.pinconn.com

10/14/2017

Case 2:17-cv-02679-RCJ-PAL   Document 1-6   Filed 10/18/17   Page 4 of 12

Pinconn Hardware Factory,the professional manufacturer of high precision parts.   Page 1 of 2



Hotline: **400-6688-593**   中文版   English

Please enter the keywords   | Search |

| Home | Factory | Quality | Product | News | Support | Service | Recruitment | Contact us |

Navigation: Home > Contact us

**Contact**

Company Contact Information

Sales Engineer

Customer Service

Location Map

**Contact us**

Service Hotline :
400-6688-593

Pre-Consultation 

Aftermarket

Answered every question

## Company Contact Information

Factory Name: Dongguan Fenggang Pinconn Hardware Factory

Address: 2nd Floor, A Building, Jinpeng Industrial Park, #96 Jincheng Road, Jingfenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R.China.

Post Code: 523688

Tel: +86-769-81286725

Fax: +86-769-87508375

E-mail: pemco@163.com  julia@pinconn.com

http://www.pinconn.com

## Sales Engineer

Julia Lee
Tel : +86-755-29480600
Fax : +86-755-29480900
Cell Phone : +86-(0)18902484019
Mail : julia@pinconn.com

## Customer Service

Bella Lai
Tel : +86-755-29480600
Fax : +86-755-29480900
Mail : bella@pinconn.com

## Location Map



Pinconn Hardware Factory,the professional manufacturer of high precision parts.　　　　Page 2 of 2

Case 2:17-cv-02679-RCJ-PAL   Document 1-6   Filed 10/18/17   Page 5 of 12

FAX: 86-07769-87889879　　　POST: 523690

Address: 2nd Floor, Jinpeng Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved



| Hotline: **400-6688-593** | 中文版 | English |

Please enter the keywords    Search

Home　Factory　Quality　Product　News　Support　Service　Recruitment　Contact us

Navigation: Home > Factory > System Certification

**Factory**
Manage Idea
System Certification
Company Honor
Company Culture
Field Pictures
Video Download

**Contact us**
Service Hotline :
400-6688-593
Pre-Consultation  在线咨询
Aftermarket  在线咨询
Answered every question
售后问题提交
有问必答，快速响应

System Certification



**ISO9001:2008**



**CERTIFICATE OF REGISTRATION**

Certificate No.: 117 14 QU 0218-11 R0S
This is to certify the quality management systems of

Shenzhen Pemco Fastening Systems Co., Ltd.
Dongguan Fenggang Pemco Hardware Factory

Organization code  79174413-6/L3808696-5

Location   Area E, 5F, Building 20, Guangqian Industrial Zone,
Taoyuan Street, Nanshan District, Shenzhen City,
Guangdong Province
4F Plant, Block D, No. 112, Bihu Road, Tangli Village,
Fenggang Town, Dongguan City, Guangdong Province

has been assessed and registered as meeting the requirements of
ISO9001:2008

Scope of approval

(Shenzhen Pinkou Fastening System Co., Ltd.) Sales of Fasteners,
Hardware Parts; (Dongguan Fenggang Pinkou Hardware Factory)
Production, Sales of Fasteners, Hardware Parts

Signed by: _____        Approval Date: 25 Nov. 2014
                                Expiry   Date: 24 Nov. 2017

Shanghai Ingeer Certification Assessment Services Co., Ltd.
Certification and Accreditation Administration of P.R.C. CNCA-JC-2015-17
United Kingdom Accreditation Services ID No. 0256
Tel: +86-21-51114290
Fax: +86-21-54253341
Web: www.icasiso.com
Add: Room 801 HanDong Mansion, 2368# West Zhongshan Rd.
Xuhui District, Shanghai China, 200235

  

The certificate information can be checked on the CNCA website: WWW.CNCA.GOV.CN. The validation of the certificate also
can be obtained through www.icasiso.com or by calling ICAS' clients Services Dept. This certificate is only valid when used
together with related permits where appropriate. This certificate holder must successfully pass yearly periodical audits to
maintain the validity of the certificate after the certificate approval date. The Certificate remains the property of ICAS, to
whom it must be returned if the management system of the certificate holder is approved to fail to be in conformity with the
certification standard.

Pinconn Hardware Factory, the professional manufacturer of high precision parts.　　Page 2 of 2

Case 2:17-cv-02679-RCJ-PAL   Document 1-6   Filed 10/18/17   Page 7 of 12

About us | Feedback | Recruitment | Company Culture | Quality Manage | Contact us

Phone: 100-6688-593 -86-(0)769-81286725 -1-626-715-2278

粤ICP备10230702号-3

Fax: -86-(0)769-87508375　　Post: 523688

Address: 2nd Floor, Jinpeng Industrial Park, 96# Jincheng Road, Jin Fenghuang Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pinconn Hardware Factory All Rights Reserved



# PEMCO Fastening Systems

深圳市品扣紧固系统有限公司
Shenzhen Pemco Fastening Systems Co., Ltd.

地址: 深圳市宝安区观澜镇松元厦社区成业工业园6栋厂房
Address: 6th Factory, ChengQiu Industrial Park, SongYuanXia Zone,
GuanLan Town, Bao'An District, Shenzhen, P.R.China.
电话Tel: +86-(0)755-29480600 29480606 29480500
传真Fax: +86-(0)755-29480900
手机M.p: 18902484017 18928467268
邮件E-mail: pemco@163.com  jason@pemco.cn
MSN: pemco-fastener@msn.com
Skype#: pemco-fastener
QQ: 997736161
网址Web: http://www.pemco.cn
http://www.pemco-fastener.com
Http://www.vmi-jit.com

名扣 紧固专家 VMI服务
现货库存

Drawing dimensions visible:
- ⌀11.0±0.10
- ⌀4.0±0.05
- 0.30×45°
- R0.50
- R20
- 4.50+0.30/-0.00
- R0.30
- 6.90±0.10
- 4.0
- ⌀19.0±0.10
- R0.50
- ⌀9.10±0.07
- 5/8-16
- ⌀6.35+0.00/-0.02
- ⌀8.0
- 3.5
- 19.05±0.15
- 28.70±0.10
- 9.50±0.05
- 35.60±0.10
- 45.10±0.15
- ⌀11.0±0.10
- 6.90±0.10
- 4.0
- ⌀19.0±0.10

"PEMCO FASTENERS EXPERT TO ODM/OEM"

# COMPANY INTRODUCTION

**PEMCO** 深圳市品扣紧固系统有限公司
Shenzhen Pemco Fastening Systems Co., ltd.
Tel: (0755) 29480600   Fax: (0755) 29480900
Http://www.pemco.cn   E-mail: pemco@163.com

## 公司简介

深圳市品扣紧固系统有限公司由香港泰华股份有限公司投资控股,在深圳观澜设有大型的生产工厂、仓储基地及研发中心,是一家拥有自营进出口权的一般纳税人企业。公司致力于弹簧柱塞、松不脱螺钉(弹簧组合螺钉、面板螺钉)、直角扣紧紧固件、线缆整理固定件、滚花螺母、车削件、压铆紧固件及其组装件的设计、开发、生产和销售。同时公司代理经销米思米(MISUMI)、杰根斯(JERGENS)、冈特(GANTER)、Halder等知名品牌弹簧柱塞、旋钮柱塞、球头柱塞、分度销、波珠螺丝、定位柱、定位珠及挡销等。我们亦代理经销各类标准件,包括国标(GB)、德标(DIN)、美标(ANSI)、日标(JIS)及国际标准(ISO)零部件,为客户提供现货解决方案。

Shenzhen Pemco Fastening Systems Co., Ltd is held by H.K Taihua Holding Limited. We are the general taxpayer with self-supported import & export rights, with large scale manufacturing factory, warehouse and R & D centre in Shenzhen. We devote to manufacturing and designing self-clinching fasteners, spring-loaded plungers, panel fastener assembly, self-clinching cable-tie mounts and hooks, right-angle clinching nuts, inserts for plastic, turn parts and other C-Class components. We are also the sales agent of Misumi, Jergens, Ganter, Halder with products of spring plungers, indexing pins, ball plungers, locating pins, hand retractable plunger, lateral plungers, indexing bolts, etc. And we provide VMI & JIT services with ready stock of standard parts for GB, DIN, ANSI, JIS, ISO, etc.


前台 Reception Desk


大门 Front Gate


标牌 Logo


办公室一角 Office

公司从台湾、日本及德国进口高精密机床、自动车床以及各种实验和检测设备,组建了先进的产品生产线及实验中心。生产设备共计100余台,其中自动车床29台、数控车床8台、滚牙机5台、仪表车床10余台、钻床27台、铣床6台、打头机9台、搓牙机9台。检测设备有盐雾试验机、投影仪(二次元)、除氢炉、推/扭力测试仪、拉/压弹力计及硬度计等。

We import over 100 sets of precision lathe, ancillary equipments and testing instruments from Taiwan and Japan, with which we set up precision production lines and advanced experimental center. Among which there are 29 sets of auto lathe, 8 sets of CNC lathe, and over 10 sets of meter lathe. Our main inspection equipments include salt spray tester, projector, tension tester, anti-torsion testers, micrometers, altimeters, calipers, screw pitch templates and hardness testers.

我们关注环境保护及可持续发展,倡导"环保中华、绿色采购",提供完全符合ROHS标准的环保产品,并提供第三方认证(如SGS)。

We focus on environmental protection and sustainable development. Our goal is to make measurable improvements in all of the environmental aspects of our manufacturing activities. All our products comply with ROHS requirements, which we can provide SGS reports.


自动车床车间一角 Auto Lathe Factory


仪表车床车间一角 Meter Lathe Factory


数控车床车间一角 CNC Lathe Factory


冷镦搓牙车间一角 Cold-forming Factory

01

**PEMCO 品扣 Fastening Systems**
深圳市品扣紧固系统有限公司
Shenzhen Pemco Fastening Systems Co., ltd.
Tel: (0755) 29480800   Fax: (0755) 29480900
Http://www.pemco.cn   E-mail: pemco@163.com


电镀车间一角 Plating Factory


仓库一角 Warehouse

公司现有员工100余名，工程技术人员8名，高级工程师3名，专业技术工人25名，生产工人40余名，品保人员28名。厂房面积3000余平方米。

Our factory occupies 3000 square meters. We have over 100 employees presently, among whom 8 engineering technician, 3 advanced engineer, 25 technical expert, 40 workers, and 28 quality assurance engineer.


自动车调校 Auto Lathe Operation


攻牙、钻孔 Threading & Drilling


仪表车加工 Meter Lathe Operation

我们引进全面品质管理（TQM）理念，将品质提升到经营层面，通过全员参与、全面改善，以满足或超越客户的期望和要求，使企业得以永续发展。我们注重生产过程的每一个环节，执行细节管理，应客户要求，可提供PPAP文件。我们推行6S管理，并取得显著成效。我们工厂已经通过了ISO9001及ISO14000体系认证。

We improve quality management to overall operation level by TQM spirits. We pay attention to every step of production processes and practise 6S management model. Our factory was certified ISO9001:2000 and ISO14000.

我们的产品范围广，应用于电脑、电子、通信、医疗、电器、机械、模具、航空、汽车及塑胶等行业。我们的产品均备有现货库存（网址：www.vmi-jit.com），我们正在逐步建立起遍布全国乃至全球的服务网点及仓储基地，为您提供VMI（供方管理库存）解决方案及JIT（准时化生产）服务，实现每天24小时每周7天的全天候供货。

Our products are widely used for computer, electronics, communication, Medical, electrical compliance, machine, tooling, aviation, auto and plastic industries. We have ready stock for most of our products, welcome to visit our stock website: http://www.vmi-jit.com. We are operating service nets and warehouses all over the nation and even the world. Thus we could provide VMI solutions and JIT services for our customers, and fulfill overall service for 24 hours per day and 7 days per week.

欢迎八方朋友莅临参观、考察、咨询并指导工作，欢迎来函来电来图来样加工生产。品扣全体员工必将竭诚为您服务，超越您的满意度。

Welcome to a world of excellence!


二次元 Projector


硬度计 Hardness Tester


同心度检测 Concentricity Tester


盐雾测试机 Salt-Spray Tester

 压铆螺母柱、六角柱 Standoff
 导向销、间隔柱、支撑卡柱等 Pin & Spacer
 铆螺母 Rivet Nut
 各类车削杂件 Customized Parts
 压铆螺母、浮动螺母、自锁螺母等 Nut
 松不脱螺钉、弹簧组合螺钉 Panel Captive Screw
 铆钉 Rivet
 压铆螺钉、拴式螺钉、不脱螺钉等 Stud & Screw
 可伸缩式柱塞 Hand Retractable Plunger
 波珠螺丝、定位柱 Ball Plunger
 弹簧柱塞 Spring-Loaded Plunger
 直角扣紧螺母 Mount & Hook Right-Angle Clinching Nut
 分度销、旋钮柱塞 Indexing Plunger
 弹簧柱塞 Spring Plunger
 侧向式定位柱 Spring Locating Pin
 滚花螺母、塑料镶嵌件 Insert for Plastic

PEMCO Fastening Systems 深圳市品扣紧固系统有限公司
Shenzhen Pemco Fastening Systems Co.,Ltd.
Tel:0755-29480600  Fax:0755-29480900
Http://www.pemco.cn  E-mail: pemco@163.com

04