**DICKINSON WRIGHT**
John L. Krieger, Esq.
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-4009

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PENN ENGINEERING AND MANUFACTURING CORP, <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN FENGGANG PINCONN HARDWARE FACTORY, <br><br> Defendant. | CASE NO. 2:17-cv-02679-RCJ-PAL <br><br> [PROPOSED] PERMANENT INJUNCTION ORDER |

This Court, having duly considered Penn Engineering and Manufacturing Corp.'s ("PEM") Motion for Default Judgment and Permanent Injunction against Defendant Dongguan Fenggang Pinconn Hardware Factory ("Pinconn") (ECF No. 12), hereby enters an order of permanent injunction against Pinconn pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

### Background

PEM manufactures and sells fasteners, fastener components, and fastener installation equipment using the "PEM Trademarks" identified in Schedule A to this Order, and PEM is the owner of valid rights in and to the PEM Trademarks for use in connection with all goods and services recited in Schedule A. (*See* ECF No. 1 at Exs. 2 and 3).

In addition, PEM also possesses substantial United States patent rights including the two design patents at issue in this case (the "PEM Patents") (*see* ECF No. 1 at Ex. 4):

- U. S. D768,468 (the "'468 Patent") Metal Pin Fastener; and
- U. S. D656,392 (the "'392 Patent") Panel Fastener.

### 1. Pinconn's Infringing Conduct

#### a. Pinconn's Prior Infringement

In November 2015, PEM initiated a trademark and patent infringement action in the Eastern District of Pennsylvania against three Chinese entities: Pemco Hardware, Inc., Dongguan FenggangPemco Hardware Factory, and Shenzhen Pemco Fastening Systems Co., Ltd. (the "Pennsylvania Action") *see Penn Eng'g & Mfg. Corp. v. Pemco Hardware, Inc.*, No. 2:15-cv-6277-GJP (E.D. Pa. filed Nov. 23, 2015). On March 9, 2016, the Court in the Pennsylvania Action granted a preliminary injunction against Defendants. (ECF No. 1, Ex. 1).

#### b. Pinconn's Infringement in this Case

On or around October 13, 2017, PEM discovered the Defendants had re-surfaced and resumed their infringing activities under a new tradename and new trademarks. Then, on October 18, 2017, Pinconn participated as an exhibiting vendor at the Las Vegas International Fasteners Expo. Pinconn was advertising, displaying, offering for sale, and selling infringing products including those identified in Schedule B to this Order (the "Infringing Products").

On October 18, 2017, PEM initiated the instant action by filing a Complaint for (1) Trademark Infringement; (2) False Designation of Origin/Unfair Competition; (3) Common Law Trademark Infringement & Unfair Competition; and (4) Design Patent Infringement. (ECF No. 1). Default was entered against Pinconn on November 14, 2017 (ECF No. 10). On April 6, 2018, PEM Filed a Motion for Default Judgment and Permanent Injunction. (ECF No. 12). On June 15, 2018, this Court entered an Order granting PEM's Motion for Default Judgment and Permanent Injunction. (ECF No. 14).

### Trademark Infringement & False Designation of Origin/Unfair Competition

**IT IS HEREBY ORDERED** that Defendant, its respective officers, agents, servants, employees, attorneys, and any of their successors and assigns, and all persons, firms and

corporations, including subsidiaries of related companies, acting in concert with Defendant are permanently enjoined from:

1. Using the PEM Trademarks in any manner in connection with the Protected Goods and Services and/or related goods and services;
2. Using any mark or tradename that is a colorable imitation of or confusingly similar to the PEM Trademarks in connection with the Protected Goods and Services, and/or related goods and services;
3. Publishing, circulating, distributing, selling, merchandising, or using in any manner (including digital form) any labels, signs, prints, boxes, packages, wrappers, receptacles, advertisements, posters, brochures, handbills, catalogs, publicity releases, magazines, stationary, newspapers, booklets, books, pamphlets, photographs, films, audio recordings, video recordings, T-shirts, and any other items in the possession and/or control of Defendants containing the PEM Trademarks, or any other mark or tradename that is a colorable imitation of the PEM Trademarks; and
4. Using the PEM Trademarks as a metatag, hyperlink, portal keyword, searchable text, or other item associated with any Website including: (1) www.pinconn.com; (2) www.pemcohardware.com; (3) www.pemcomfg.com; (4) www.pemku.com; (5) www.pemcofastening.en.china.cn, or in any manner in connection with any of Defendant's websites.

## Patent Infringement

**AND IT IS HEREBY FURTHER ORDERED** that Defendant and its officers, agents, servants, employees and attorneys, and all other persons acting in active concert or participation with any of them, are hereby permanently enjoined from infringing PEM's United States Patent Nos. U.S.D768,468 Metal Pin Fastener and U.S. D656,392 Panel Fastener (the "PEM Patents") including, but not limited to, making, using, selling, offering to sell, and importing into the United States products covered by the PEM Patents and colorable imitations thereof pursuant to 15 U.S.C. § 283 and Rule 65(d) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Defendant destroy any products which infringe upon the PEM Patents.

**IT IS FURTHER ORDERED** that Defendant destroy or surrender all tooling.

**IT IS FURTHER ORDERED** that the United States Customs and Border Protection seize all of Defendant's products which infringe on the PEM Patents which are coming into the United States.

**IT IS FURTHER ORDERED** that Plaintiff PEM be awarded judgment against Defendant Pinconnon for PEM's Complaint for Statutory damages in the amount of fourteen million dollars ($14,000,000).

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

SIGNED AND ENTERED this 24 day of July 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DICKINSON WRIGHT PLLC

/s/ Steven A. Caloiaro
John L. Krieger
Nevada Bar No. 6023
Steven A. Caloiaro
Nevada Bar No. 12344
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-4009

*Attorneys for Plaintiff*

## Schedule A

## PEM Trademarks

| Mark | Registration Number | Registration Date | Incontestability Date | Goods & Services |
|---|---|---|---|---|
| PEM | 732,947 | 6/19/1962 | 10/25/1984 | Drill bushings and self-clinching nuts, fasteners, studs and stand-offs |
| PEM | 1,177,822 | 11/17/1981 | 8/3/1987 | Broaching-type captive fasteners- namely, broaching-type captive fasteners with internal threads, broaching-type captive standoffs with and without internal threads, broaching-type captive solder terminals, broaching-type captive studs, broaching-type captive panel fasteners and metallic inserts. |
| PEM | 1,403,759 | 8/5/1986 | 8/12/1991 | Metal fasteners |
| PEM | 2,758,505 | 9/2/2003 | 9/2/2009 | Panel fasteners, namely self-clinching, snap-in floating and hybrid panel fasteners |
| PEM (logo) | 889,244 | 4/14/1970 | 4/14/2010 | Self-clinching fasteners, self-locating weld fasteners, and self-clinching drill bushings |
| PEM (logo) | 1,043,967 | 7/20/1976 | 11/9/1981 | Presses for installing fasteners or the like and also for parts of said presses |
| PEM (logo) | 1,092,108 | 7/25/1983 | 5/30/2015 | Panel fastener assemblies and spring loaded plunger assemblies |
| PEM (logo) | 1,113,034 | 2/13/1979 | 4/23/1984 | Electrical terminals and electrical grounding stand-offs |

| Mark | Reg. No. | Reg. Date | Renewal Date | Goods |
|---|---|---|---|---|
| PEM (with triangle design) | 4,331,371 | 5/7/2013 | n/a | Fasteners made of metal, namely, nuts, weld nuts, studs, pins, standoffs, rivets and inserts, cable-tie mounts and hooks for sheet metal; self-clinching panel fasteners made of metal or mostly of metal; panel fasteners and panel fastener assemblies made of metal or mostly of metal; sheet-metal fasteners made of metal; fasteners made of metal or mostly of metal for mounting into printed circuit boards; micro fasteners made of metal for use in the consumer electronics industry |
| PEMEX | 937,397 | 7/11/1972 | 7/11/2012 | Fasteners, i. e., nuts |
| PEMHEX | 781,236 | 12/8/1964 | 12/8/2004 | Fasteners |
| PEMSERT | 883,650 | 1/6/1970 | 1/6/2010 | Inserts |
| PEMSERTER | 1,365,248 | 10/15/1985 | 6/3/1991 | Power-operated presses for installing fastener |
| PEMSERTER MICRO-MATE | 1,433,571 | 3/24/1987 | 7/2/1992 | Non-powered hand presses for punching holes and installing fasteners for use in sheet metal |
| PEMSERTER and triangle composite | 3,567,528 | 1/27/2009 | 2/9/2015 | Power-operated presses for installing fasteners |
| PEM SP | 3,270,807 | 7/31/2007 | 8/5/2013 | Metal fasteners |
| PEM300 | 1,444,862 | 6/30/1987 | 10/20/1992 | Sheet Metal Fasteners |
| AUTOPEM | 4,296,186 | 2/26/2013 | n/a | Metal fasteners, namely, nuts, bolts, screws, rivets, standoffs, clinching fasteners; metal threaded fasteners |
| MICROPEM | 4,250,883 | 11/27/2012 | n/a | Metal fasteners, namely, nuts, bolts, screws, rivets, standoffs, clinching fasteners; metal threaded fasteners |
| AEROPEM | 4,298,838 | 3/5/2013 | n/a | Metal fasteners, namely, nuts, bolts, screws, rivets, standoffs, clinching fasteners; metal threaded fasteners |

| | | | | |
|---|---|---|---|---|
| The "Blue Locking Element Mark" | 1,449,260 | 7/28/1987 | 10/30/1992 | Self-clinching locking nuts |
| The "Shoulder Flare Mark" | 4,037,181 | 10/11/2011 | n/a | Metal threaded fasteners, namely, panel fasteners with heads of metal and panel fasteners with heads of metal and plastic |
| The "Pedestal Mark" | 4,293,597 | 2/19/2013 | n/a | Metal fasteners, namely, clinch fastener for mounting two sheets or panels in perpendicular orientation |
| SNAPTOP | 1,418,142 | 11/25/1986 | 4/2/1992 | Metal fasteners used to separate and hold printed circuit boards |
| SPOTFAST | 3,341,727 | 11/20/2007 | 9/30/2013 | Metal fasteners, namely, a clinch-attached stud for joining two metal sheets |
| REELFAST | 3,002,446 | 9/27/2005 | 11/8/2011 | Metal fasteners supplied on tape reels for surface mounting to circuit boards |

## Schedule B

## Defendant's Infringing Products

| PEM's Registered Marks | Image of Defendant's Infringing Usage | Details of Infringing Usage |
|---|---|---|
| PEM<br><br>732,947<br>1,177,822<br><br>PEM Family of Marks<br><br>1,403,759<br>2,758,505<br>781,236<br>883,650<br>889,244<br>1,043,967<br>1,092,108<br>1,113,034<br>4,331,371<br>937,397<br>1,365,248<br>1,433,571<br>1,444,862<br>3,270,807<br>3,567,528<br>4,296,186<br>4,250,883<br>4,298,838<br><br>PENN ENGINEERING<br><br>928,124 | PEMCO | Use as a header and a watermark on numerous web pages –(ECF No. 1, Ex. 5). |
| | PEMCO HARDWARE | Use on "Company News" of website –(*Id.* at Ex. 6). |
| | PEMCO FASTENING SYSTEMS | Use as a header on numerous web pages (*Id.* at Ex. 5). |
| | PEMKU | Use on home page with link to "Pemku Home" – (*Id.* at Ex. 6). |
| | SHENZHEN PEMCO FASTENING SYSTEM CO, LTD. | Use as a header and watermark on numerous web pages – (*Id.* at Ex. 5). |
| | DONGGUAN FENGGANGPEMCO HARDWARE FACTORY | Use as the owner of ISO certification shown on website – (*Id.* at Ex. 2). |
| | www.pemcomfg.com | Use as a watermark on numerous web pages – (*Id.* at Ex. 5). |
| | www.pemku.com | Use as a watermark on numerous web pages – (*Id.* at Ex. 5). |
| | PENNENGINEERING | Use as footer on multiple web pages (*Id.* at Ex. 7). |
| | PEM | Use in multiple web pages (*Id.* at Ex. s 7 and 8). |
| | www.pemnet.com | Use as footer on multiple web pages (*Id.* at Ex. 7). |
| | PINCONN | Use as a header and a watermark on numerous web pages - (*Id.* at Ex. 5). |
| | DONGGUAN FENGGANG PINCONN HARDWARE FACTORY | Use as a footer, header and a watermark on numerous web pages - (*Id.* at Ex. 5). |
| | www.pinconn.com | Use as a domain same and on multiple web pages – (*Id.* at Ex. 6). |

| Mark | Image | Source |
|---|---|---|
| U. S. 4,037,181<br>Shoulder Flare product configuration | | (*Id.* at Ex. 9).<br>http://www.pinconn.com/Category/B03/<br><br>1) Assembly Parts/Panel Fastener Assembly/Flare-in with Flange – www.pinconn.com/category/B0301/<br><br>2) Assembly Parts/Panel Fastener Assembly/Panel Fastener Assembly http://www.pinconn.com/Product/List/B0316/ (also covered by US Patent D656,392)<br><br>3) Assembly Parts/Panel Fastener Assembly/Self-Clinching with Plastic Head http://www.pinconn.com/Product/List/B0332/ |
| The "Pedestal Mark" | | (*Id.* at Ex. 10).<br><br>http://www.pinconn.com/Category/A01/<br><br>Turning Parts/Nuts/Threaded Right Angle Nuts http://www.pinconn.com/Product/List/A0121/ |
| Reg. No. 1,418,142<br>SNAPTOP | PEMCO<br>品和 Fastening Systems 支撑卡柱 SNAP-TOP STAN | (*Id.* at Ex. 11).<br><br>http://www.pinconn.com/Category/A03/ |
| Reg. No. 3,404,061<br>Square in Square product configuration | | (*Id.* at Ex. 12).<br><br>http://www.pinconn.com/Category/A01/ |
| Reg. No. 1,089,546<br>Dimpled Recess product configuration | | (*Id.* at Ex. 13).<br>http://www.pinconn.com/Category/D/ |

| Penn Engineering's U. S. Patent | Exemplary Photograph of Patented Product | Pinconn's Infringing Product |
|---|---|---|
| | | |
| Title: Metal Pin Fastener D768,468 | | Ex. 15<br><br>Turning Parts/Pins and Others<br>http://www.pinconn.com/Category/A/ |
| Title: Panel Fastener U. S. D656,392 | | Ex. 17<br><br>http://www.pinconn.com/Category/B03/<br>Assembly parts/Panel Fastener<br>Assembly/Flare-in with Flange<br>http://www.pinconn.com/Product/List/B0316/ |

## Schedule C

### Search Engines

1. 20SEARCH
2. ACCLAIM SEARCH
3. ALIWEB
4. ALL THE WEB
5. ALTAVISTA
6. AMNESI
7. AOL
8. ASK
9. DOGPILE
10. EBAY
11. EXCITE
12. GIGABLAST
13. GOOGLE
14. GO
15. HOTBOT
16. INFO HIWAY
17. IWON
18. LINK CENTRE
19. LINKS2GO
20. LYCOS
21. MAMMA
22. MSN
23. NETSCAPE
24. SCRUB THE WEB
25. SEARCH.COM
26. SNAP
27. WEBCRAWLER
28. WHAT-U-SEEK
29. YAHOO
30. Any other search engine known by Defendants